People of the State of Illinois, Plaintiff-Appellee, v. A. J. Williams, Defendant-Appellant.

Gen. No. 51,919.

First District, First Division.

September 25, 1967.

Kovin, Ashen & Carlins, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Robert A. Novelle, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.